IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **In re:** | **Case No. 25-13951** |
| **Ronald N. Lorenzini, Jr.,** | **Chapter 7** |
| **Debtor.** | **Honorable Deborah L. Thorne** |

### NOTICE OF CREDITOR ERIC A. FREELAND'S MOTION TO EXTEND TIME TO OBJECT TO DISCHARGE AND EXEMPTIONS

**PLEASE TAKE NOTICE** that on **December 3, 2025**, **at 1:00 p.m.**, I will appear before the Honorable Deborah L. Thorne, or any judge sitting in her place, **either** in courtroom 682 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604, **or** electronically as described below, and present **Creditor Eric A. Freeland's Motion to Extend Time to Object to Discharge and Exemptions**, a copy of which is attached hereto.

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

**To appear by Zoom using the internet,** go to this link: https://www.zoomgov.com and enter the Meeting ID and Passcode.

**To appear by Zoom using a telephone**, call Zoom for Government at 1 (669) 254-5252 or (646) 828-7666, then enter the Meeting ID and Passcode.

**Meeting ID and Passcode.** The meeting ID for this hearing is 160 9362 1728 and there is no passcode.  The Meeting ID and Passcode can also be found on the judge's page on the court's website.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date.  If a Notice of Objection is timely filed, the motion will be called on the presentment date.  If

1

no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

Dated: November 25, 2025

/s/ *Eric A. Freeland*
Eric A. Freeland, *pro se*
5329 Buckhead Trail
Knoxville, TN 37919
(865) 266-0259
e.freeland@sbcglobal.net

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | Case No. 25-13951 |
| **Ronald N. Lorenzini, Jr.,** | Chapter 7 |
| Debtor. | Honorable Deborah L. Thorne |

**CREDITOR ERIC A. FREELAND'S MOTION TO EXTEND
TIME TO OBJECT TO DISCHARGE AND EXEMPTIONS**

**NOW COMES,** Eric A. Freeland , a party in interest and creditor in the above-captioned case ("Movant"), *pro* se, and pursuant to Rule 4004(b) of the Federal Rules of Bankruptcy Procedure, respectfully moves the Court for an order extending the period of time within which Movant may timely file (i) a complaint objecting to the discharge of the debtor, Ronald N. Lorenzini, Jr. (the "Debtor"), pursuant to 11 U.S.C. § 727(a)(2) through (7), (ii) a complaint to have the Debtor's indebtedness to Movant excepted from discharge under 11 U.S.C. § 523(a)(2), (4), or (6), and/or (iii) a motion objecting to the Debtor's exemptions, up to and including March 1, 2026.

**JURISDICTION AND VENUE**

1. This Court has jurisdiction over this case under 28 U.S.C. § 1334, and venue is proper pursuant to 28 U.S.C. § 1408.

2. This is a core proceeding under 28 U.S.C. § 157(b)(2)(A) and (O).

1

## FACTUAL AND PROCEDURAL BACKGROUND

3. On September 10, 2025 (the "Petition Date"), the Debtor filed a voluntary petition seeking relief under chapter 7 of the Bankruptcy Code. [Dkt. 1.]

4. The first date set for the meeting of creditors under Section 341(a) of the United States Bankruptcy Code was October 1, 2025. [Dkt. 9.]

5. Pursuant to Federal Rule of Bankruptcy Procedure 4004(a), the deadline for filing a complaint objecting to the Debtor's discharge is sixty (60) days after the first date set for the Section 341(a) meeting of creditors, which is December 1, 2025. [Dkt. 9.]

6. The Debtor sought and received an extension of time until October 15, 2025, to file his schedules and statement of financial affairs. [Dkt. 14].

7. Pursuant to the Debtor's request, the Debtor's Section 341 meeting of creditors was continued two more times with the Section 341 meeting of creditors being held on November 20, 2025. The Chapter 7 Trustee of the Debtor's estate, Landon Raiford, has continued the Section 341 meeting of creditors until December 18, 2025, pending receipt of additional financial documentation requested by him.

8. Movant is a party in interest and a creditor in this case by virtue of a judgment in the amount of $720,302.70 entered on June 2, 2025, in favor of Movant and against the Debtor and Debtor's law firm, Lorenzini & Associates, Ltd., jointly and severally, by United States District Court Judge Manish Shah in an action by Movant for unpaid wages due Movant under the Illinois Wage Claim and Collection Act, 820 ILCS

2

115/1 *et seq.* *See Freeland v. Lorenzini & Associates, Ltd., et al.*, Case No. 1:19-cv-7888 (N.D. IL. 2019).

9. Movant has been actively investigating the financial affairs of the Debtor and participated in the Section 341 meeting of creditors on November 20, 2025. However, due to time limitations, Movant's questioning of the Debtor at the Section 341 meeting of creditors on November 20, 2025, was limited to less than 15 minutes.

10. Cause exists for the requested extension because Movant has not yet completed his investigation into the potential grounds for objecting to the Debtor's discharge. Movant intends to file a motion pursuant to Rule 2004(a) of the Federal Rules of Bankruptcy Procedure for an order authorizing the examination of the Debtor and issuance of subpoenas in accordance with Rule 9016 of the Federal Rules of Bankruptcy Procedure.

## **RELIEF REQUESTED**

11. Movant respectfully requests that the Court extend the deadline by which Movant may timely object to the discharge of Debtor up to and including March 1, 2026. Movant further requests that the Court grant a similar extension of the deadline by which he may timely object to Debtor's exemptions.

## **BASIS FOR RELIEF REQUESTED**

12. Under Federal Rule of Bankruptcy Procedure 4004(a), a complaint objecting to a debtor's discharge must be filed no later than sixty (60) days after the first date set

3

for the meeting of creditors under Section 341. However, the Court may, for cause, extend the time for filing objections, if a request for an extension is filed prior to the expiration of the deadline. Fed. R. Bankr. P. 4004(b)(1).

13. Under Federal Rule of Bankruptcy Procedure 4003(b), objections to a debtor's claim of exemptions must be filed within thirty (30) days after the meeting of creditors required by Section 341(a), or within thirty (30) days after any amendment to the list of exemptions or supplemental schedules is filed, whichever is later. However, the Court may extend the time for filing objections for cause if the request is filed prior to the expiration of the deadline.

14. Movant has filed this motion prior to the expiration of the deadline.

15. Cause exists to extend both deadlines for the reasons set forth above.

## **NOTICE**

16. Notice of this motion was provided to (a) the Debtor; (b) the Debtor's counsel; (c) the Chapter 7 Trustee of Debtor's estate; (d) the Office of the United States Trustee; and (e) all parties that have requested notice or receive notice through CM/ECF. In light of the nature of the relief requested, Movant requests that the Court find the notice described herein sufficient under the circumstances and waive and dispense with further notice requirements.

4

**WHEREFORE**, Movant requests that the Court enter an order:

(a) Extending the date by which Movant may timely object to the Debtor's discharge up to and including March 1, 2026;

(b) Extending the date by which Movant may timely object to the Debtor's exemptions up to and including March 1, 2026, and,

(c) Granting such further relief as the Court deems just and proper.

Respectfully submitted,

/s/ *Eric A. Freeland*
Eric A. Freeland, *pro se*
5329 Buckhead Trail
Knoxville, TN 37919
(865) 266-0259
e.freeland@sbcglobal.net

5

## CERTIFICATE OF SERVICE

I, Eric A. Freeland, certify that on November 25, 2025, I served a copy of the foregoing **Notice of Motion to Extend Time to Object to Discharge and Exemptions**, together with a copy of **Creditor Eric A. Freeland's Motion to Extend Time to Object to Discharge and Exemptions** referred to therein, on each person/entity listed below at the address shown and by the method shown:

**Served via Electronic Notice through CM/ECF:**

| | |
|---|---|
| **Adam G. Brief** | **Landon Raiford** |
| Office of the U. S. Trustee, Region 11 | Taft Stettinius & Hollister LLP |
| 219 S. Dearborn, St., Room 873 | 111 E. Wacker Dr., Suite 2600 |
| Chicago, IL 60604 | Chicago, IL 60601 |
| Ustpregion11.es.ecf@usdoj.gov | lraifordtrustee@gmail.com |

**David P Lloyd**
David P. Lloyd, Ltd.
615B S. LaGrange Rd.
LaGrange, IL 60525
courtdocs@davidlloydlaw.com

**Served via First Class U.S. Mail:**

**Ronald N. Lorenzini, Jr.**
4608 Franklin Av.
Western Springs, IL 60558

/s/ *Eric A. Freeland*
Eric A. Freeland, *pro se*
5329 Buckhead Trail
Knoxville, TN 37919
(865) 266-0259
e.freeland@sbcglobal.net